IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ARDARRIUS LAGUAN WILLIAMS | : | NO. 12-100 |

ORDER

AND NOW, this 29th day of June, 2015, it is hereby ORDERED that the motion of defendant Ardarrius Laguan Williams for reduction of sentence pursuant to Title 18 U.S.C. § 3582(c)(2) and the United States Sentencing Guidelines, Amendment 782, "All Drugs Minus Two" (Doc. # 63) is DENIED.

_____

Defendant Ardarrius Laguan Williams has filed the instant motion for a reduction in sentence pursuant to 18 U.S.C. § 3582 and Amendment 782 to the United States Sentencing Guidelines. The committee of the Federal Community Defender Office for the Eastern District of Pennsylvania determined that defendant is not entitled to the requested reduction because he was sentenced based on a firearm guideline. Defendant has failed to respond or otherwise object to this determination.

Accordingly, the motion of defendant is being denied.

BY THE COURT:

/s/ Harvey Bartle III
　　　　　　　　　　　　　　　　J.